**ORIGINAL**

```
DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513
```

Trustee for Debtors

FILED
AUG 2 4 2009
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| ROBERT KENT PARK | Case No. 04-57662 ASW |
| TINA LYNN PARK | **NOTICE OF UNCLAIMED DIVIDEND** |
| Debtors | |

The final dividend to Creditor, LIESA CHAPMAN in the above entitled matter was returned marked: ATTEMPTED NOT KNOWN - UNABLE TO FORWARD

It appearing to the Court that a reasonable effort was made to locate the Creditor, and good cause appearing therefore,

IT IS REQUESTED that DEVIN DERHAM-BURK herein forthwith pay over to the Clerk of the above entitled Court, the sum of $161.50 as an unclaimed dividend.

Claim # 26    LIESA CHAPMAN
              1034 NARCISO CT
              SAN JOSE, CA 95129

Dated: August 20, 2009

_____
DEVIN DERHAM-BURK, TRUSTEE

**CHAPTER 13 TRUSTEE**
P.O. BOX 50013
SAN JOSE, CA 95150-0013

Return to sender.
Does not stay here
ANK

RECEIVED
AUG 19 2008
Devin Derham-Burk
Trustee, Chapter 13

NIXIE 951 5E 1 75 08/18/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 95150001313  *2656-01955-13-40